419 A.2d 188

Commonwealth v. Barnes, Appellant.

Argued December 6, 1978. Joseph A. Ciccitto, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.